THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALVIE J. GROVER,<br><br>Plaintiff,<br><br>v.<br><br>MIKE GRAF, an individual; NICK NUCCITELLI, an individual; WASHINGTON COUNTY SHERIFF'S OFFICE, a state agency; THE SANTA CLARA-IVINS POLICE DEPARTMENT, NURSE FLAKE, an individual; AND PURGATORY CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR REIMBURSEMENT OF COSTS, EXPENSES, AND FEES**<br><br>Case No. 4:21-cv-00086-DN-DBP<br><br>District Judge David Nuffer |

Plaintiff Alvie Grover has had the benefit of two pro bono appointments in this case, one to amend the complaint,[1] and the other "for the limited purpose of 1) conducting discovery, and 2) engaging in alternative dispute resolution, which may include a judicial settlement conference or mediation."[2] This order resolves a motion filed by the current pro bono counsel.

Mr. Grover alleges excessive force and due process claims based on nineteen gunshot wounds he allegedly received by Defendants. His original hand-written complaint[3] was amended by his first appointed counsel.[4] Excessive force and due process claims involve complex legal issues including the assertion of the qualified immunity defense by Defendants. These are

---

[1] Order Granting [18] Motion to Appoint Counsel, docket no. 21, filed January 5, 2022.

[2] Order Granting [37] Motion to Appoint Counsel, docket no. 59, filed February 5, 2024.

[3] Civil Rights Complaint, docket no. 5, filed August 26, 2021.

[4] First Amended Complaint, docket no. 35, filed July 7, 2023.

difficult issues for counsel to brief and argue, and even more so for a pro se plaintiff who is unskilled in managing any case.

Current counsel Robert B. Sykes has amended the complaint again,[5] made initial disclosures, and responded to two thorough dispositive motions.[6] Current counsel now moves for reimbursement for some of the fees incurred and for expenses.[7]

Under General Order 22-017, the Attorney Admission Fund ("Fund") may reimburse pro bono counsel for out-of-pocket expenses, payment of compensation to pro bono counsel, witness fees, and other expenses for pro se civil litigants. Pro bono counsel may request fee reimbursement from the Fund by attaching an attorney fee declaration to their motion for reimbursement of expenses, compensation, or costs.

Counsel seeks "Partial Payment of Fees . . . $30,000 [and] medical records costs . . . $192.07".[8] A declaration[9] is attached with the necessary factual and legal support for the claim, while the motion also discusses reasonable rates for the services, considering who rendered them; the care taken in billing records; the exercise of billing judgment; and the reasonableness of the hours expended on each task. The declaration states that the total time value for work of

---

[5] Second Amended Complaint, docket no. 83, filed December 24, 2024.

[6] Defendants Nick Nuccitelli, Ivins City, the City of Santa Clara, and the Santa Clara-Ivins Police Department's Motion to Dismiss, docket no, 85, filed January 3, 2025; and Washington County Defendants' Motion for Judgment on the Pleadings, docket no. 113, filed September 2, 2025. Plaintiff's responses are Plaintiff's Opposition to Defendants Nick Nuccitelli, Ivins City, the City of Santa Clara, and the Santa Clara-Ivins Police Department's Motion to Dismiss, docket no. 93, filed February 13, 2025; and Plaintiff's Opposition to Washington County Defendants' Motion for Judgment on the Pleadings, docket no. 124, filed October 20, 2025.

[7] Motion for Reimbursement of Costs, Expenses, and Fees, docket no. 136, filed January 9, 2026.

[8] *Id.* at 3.

[9] Declaration of Robert B. Sykes in Support of Motion for Reimbursement of Costs, Expenses, and Fees, docket no. 136-1, filed January 9, 2026.

one attorney alone is $55,430.[10] The background and involvement of each person at the firm is included. A ten-page detailed time record is attached.[11]

Careful review of the Second Amended Complaint and the Oppositions to the dispositive motions, with comparison to the time records has been completed. The motion correctly applies the lodestar method and contains all other information required to enter an order.

## ORDER

Based upon the foregoing analysis, IT IS HEREBY ORDERED:

1. The Motion for Reimbursement of Costs, Expenses, and Fees is GRANTED.

2. Robert B. Sykes is entitled to attorney fees and expenses in the amount of $30,192.070.

3. The Clerk of Court, as custodian of the Attorney Admission Fund, will arrange for payment.

Signed February 2, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[10] *Id.* at 3.

[11] Activities by Client Detail -3571-Alvie Grover, docket no. 136-2, filed January 9, 2026.